## SUPREME COURT.

### CHARLES DEVLIN agt. JAMES I. BEVINS.

Where new matter set up in the answer does not constitute a *counter-claim,* no
*reply* will be allowed.
The word "defence" in § 154 of the Code is to be understood as meaning counter-
claim.

*New York Special Term, December,* 1861.

MOTION by defendant to strike out the plaintiff's reply.

JOHN H. TRAPP,. *for plaintiff.*
HENRY H. MORANGE, *for defendant.*

LEONARD, Justice. The motion to strike out the reply must be granted, no counter-claim being set up by the answer.

The word " defence" in section 154, is to be understood as meaning counter-claim.

Whether that meaning be given to section 154 or not, a reply cannot be permitted where no counter-claim is interposed by the answer, if full effect be given to section 168 of the Code.

The new matter set up in the answer, where it does not constitute a counter-claim, is to be deemed controverted by the adverse party, as upon a direct denial or avoidance, as the case may require. ( *Williams* agt. *Upton*, 8 *How. Pr. R.*, 205 ; *Richtmeyer* agt. *Haskins*, 9 *How. Pr. R.* 481 ; *Myatt* agt. *Saratoga Mu. Ins. Co.*, 9 *How. Pr. R.*, 488 ; *Quin* agt. *Chambers*, 1 *Duer*, 673.)

Costs of motion, $10, to the defendant, at the termination of the action.